**7**

W. I. BIDDLE, Warden, etc., Appellant, v. Isadore LUVISCH. (Circuit Court of Appeals, Eighth Circuit. February 17, 1925.) No. 6125. Appeal from the District Court of the United States for the District of Kansas. Al F. Williams, U. S. Atty., and W. W. Harvey, Asst. U. S. Atty., both of Topeka, Kan., for appellant. I. J. Ringolsky and M. L. Friedman, both of

Kansas City, Mo., and L. S. Harvey, of Kansas City, Kan., for appellee.

PER CURIAM. Decree reversed, without costs to either party in this court, in accordance with opinion filed February 26, 1923.